___Renel Brewer, #249214___
**Name, Prisoner ID #**
SSN: ___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___

___PO Box 97___
___McAlester, OK___
**Address**



FILED
JUL 1 0 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

## 02CV545 EAc

___Renel Brewer___, Petitioner
(Full Name)

v.

___Mike Mullin___, Respondent
(Name of Warden, Superintendent,
Jailor or authorized person having
custody of petitioner

**Case No.**_____
(To be supplied
by the Clerk)

**PETITION FOR A WRIT OF
HABEAS CORPUS** PURSUANT
TO 28 U.S.C. §2254 BY A
PERSON IN STATE CUSTODY

NOTE: If petitioner is attacking a judgment which imposed a sentence to be served in the **future**, petitioner
must fill in the name of the state where the judgment of conviction was entered. If the petitioner has
a sentence to be served in the **future** under a federal judgment which he wishes to attack, he should
file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.

### CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under
   attack ___District Court of Tulsa, Oklahoma___

2) Date judgment of conviction was entered ___December 20, 1999___

3) Case number ___CF-99-426___

4) Length and terms of sentence ___21 OS § 701.7 - Life imprisonment w/out___
   ___possibility of parole; 21 OS § 652 - 100 years running___ consecutively;
   $10,000 fine.

5) Are you presently serving a sentence imposed for a conviction other than the conviction
   under attack in this motion?   Yes [ ]   No [x]

6) Nature of the offense involved (all counts)___ 21 OS § 701.7 – Murder,

First Degree; 21 OS § 652 – Shooting with Intent to Kill

7) What was your plea? (check one)

a) Not Guilty [x]  b) Guilty [ ]  c) Nolo Contendere [ ]

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:___ N/A _____

_____

_____

8) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement:___ N/A _____

_____

9) Kind of trial (check one)

a) Jury Trial [x]  b) Judge without a Jury [ ]

10) Did you testify at trial (if any)? Yes [x]  No [ ]


**Direct Appeal**

11) Did you appeal the judgment of conviction? Yes [x] No [ ]

12) If you did appeal, state the name and location of the court where the appeal was filed, the result, the case number and the date of the court's decision (or attach a copy of the court's opinion or order) Court of Criminal Appeals, State of Oklahoma

Trial Court's decision affirmed – July 12, 2001

F-1999-1663

13) If you did not appeal, explain briefly why you did not ___ N/A _____

_____

_____

a) Did you seek permission to file a late appeal? Yes [ ]     No [x]


**Post-conviction Proceedings**

14) Other than a Direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any court, state or federal? Yes [ ] No [x]

15)   If your answer to 14 was "Yes", give the following information:

    a)   **First petition, application or motion.**

        1)   Name of court ___N/A_____

        2)   Nature of proceeding ___N/A_____

            _____

        3)   Grounds raised:

            _____N/A_____

            _____

            _____

            _____

        4)   Did you receive an evidentiary hearing on your petition, application or motion? Yes [ ] No [ ]    N/A

        5)   Result _____N/A_____

        6)   Date of result ____N/A_____

        7)   Did you appeal the result to the highest state court having jurisdiction? Yes [ ]   No [ ]. If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

            _____N/A_____

            _____

            _____

            _____

            _____

        8)   If you did not appeal, briefly explain why you did not ___N/A___

            _____

    b)   **As to any second petition, application or motion.**

        1)   Name of court ___N/A_____

        2)   Nature of proceeding ___N/A_____

        3)   Grounds raised:

            _____N/A_____

            _____

        4)   Did you receive an evidentiary hearing on your petition, application or motion? Yes [ ] No [ ]   N/A

        5)   Result _____N/A_____

        6)   Date of result ____N/A_____

7)   Did you appeal the result to the highest state court having jurisdiction?  Yes [ ]   No [ ].  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____N/A_____

_____

_____

8)   If you did not appeal, briefly explain why you did not   _N/A___

_____

c)   **As to any third petition, application or motion.**

1)   Name of court___N/A_____

2)   Nature of proceeding _____N/A_____

_____

3)   Grounds raised:

_____N/A_____

_____

4)   Did you receive an evidentiary hearing on your petition, application or motion?  Yes [ ]   No [ ]     N/A

5)   Result___N/A_____

6)   Date of result____N/A_____

7)   Did you appeal the result to the highest state court having jurisdiction?  Yes [ ]   No [ ].  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____N/A_____

_____

_____

8)   If you did not appeal, briefly explain why you did not _____

____N/A_____

_____

16) State **concisely** every ground on which you claim that you are being unlawfully held. Summarize **briefly** the **facts** supporting each ground. If necessary, you may attach up to two extra pages stating additional grounds or supporting facts. You should raise in this petition all available grounds for relief which relate to the conviction under attack.

## CAUTION

Before proceeding in a federal court, you are required to exhaust the remedies available to you in the state courts as to each ground on which you request action by the federal court.

A)(1)   **Ground One:** Due process violations - 14th Amendment Insufficient evidence for finding of guilt to (a) first degree murder and (b) shooting with intent to kill.

(2)   Supporting facts: (A) State did not prove it's burden of proof as to first degree murder. No evidence of aiding and abetting, each element of crime was not proven beyond reasonable doubt. (B) No evidence presented for finding of guilt as to shooting with intent to kill. Please see attached brief.

(3)   Statement of Exhaustion of State Remedies as to Ground One: State's highest criminal court had decided the precise issue claim presented in the Petition. Further state court proceedings would be futile.

**Direct Appeal**

(a)   If you appealed from the judgment of conviction did you raise this issue? Yes [x]   No [ ].

(b)   If you did not raise this issue in your Direct appeal, explain briefly why you did not   N/A

**Post Conviction Proceedings**

c)   Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court?   Yes [ ]   No [x]

(d)   If your answer to (c) is "Yes", state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision   N/A

(e)   Did you receive an evidentiary hearing on your motion or petition? Yes [ ]   No [ ].   N/A

(f)   Did you appeal from the denial of your motion or petition? Yes [ ]   No [ ].   N/A

(g)  If your answer to (f) is "Yes", state whether this issue was raised in the appeal, Yes [ ]  No [ ], and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order) _____N/A_____

_____

(h)  If your answer to questions (e), (f) or (g) is "No", briefly explain _____This is original petition. An evidentiary hearing on the petition has not yet occurred._____

_____

### Other Remedies

(I)  Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue _____Direct appeal to Oklahoma Court of Criminal Appeals_____

B)(1)  **Ground Two:** _____Due process violation - 14th Amendment in error in admitting prejudicial evidence._____

_____

(2)  Supporting facts : _____(1) State asserted presumption that membership in a gang constitutes guilt by association/common behavior. (2) State presented witnesses who testified as experts who were not qualified to do so._____

_____Please see attached brief._____

_____

(3)  Statement of Exhaustion of State Remedies as to Ground Two: _____Same as Ground 1_____

### Direct Appeal

(a)  If you appealed from the judgment of conviction did you raise this issue? Yes [X]  No [ ].

(b)  If you did not raise this issue in your Direct appeal, explain briefly why you did not _____N/A_____

_____

### Post conviction Proceedings

c)  Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court?  Yes [ ]   No [X].

(d)     If your answer to (c) is "Yes", state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision
        N/A

(e)     Did you receive an evidentiary hearing on your motion or petition? Yes [ ]  No [ ].   N/A

(f)     Did you appeal from the denial of your motion or petition? Yes [ ]  No [ ].   N/A

(g)     If your answer to (f) is "Yes", state whether this issue was raised in the appeal, Yes [ ]  No [ ], and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)
        N/A

(h)     If your answer to questions (e), (f) or (g) is "No", briefly explain
        This is original petition. Evidentiary hearing
        on the petition has not yet occurred.

### Other Remedies

(I)     Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue  Direct appeal to Oklahoma
        Court of Criminal Appeals

C)(1)  **Ground Three:**  Due process violation - 14th Amendment
        Prosecutorial misconduct

(2)     **Supporting facts :**  Prosecutor made improper statements
        and comments in closing, and during other times at
        trial. Please see attached brief.

(3)     Statement of Exhaustion of State Remedies as to Ground Three:_____
        Same as Ground 1

**Direct Appeal**

> (a)     If you appealed from the judgment of conviction did you raise this issue? Yes [x]   No [ ].

> (b)     If you did not raise this issue in your Direct appeal, explain briefly why you did not   N/A

_____

_____

**Post-Conviction Proceedings**

> c)     Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court?   Yes [ ]   No [x].

> (d)     If your answer to (c) is "Yes", state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision   N/A

_____

> (e)     Did you receive an evidentiary hearing on your motion or petition? Yes [ ]   No [ ].   N/A

> (f)     Did you appeal from the denial of our motion or petition? Yes [ ]   No [ ].   N/A

> (g)     If your answer to (f) is "Yes", state whether this issue was raised in the appeal, Yes [ ]   No [ ], and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)   N/A

_____

_____

> (h)     If your answer to questions (e), (f) or (g) is "No", briefly explain

Original Petition for Writ; Evidentiary hearing
has not yet occurred.

**Other Remedies**

> (i)     Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue   Direct Appeal to Oklahoma
Court of Criminal Appeals.

_____

17)   Have all grounds for relief raised in this petition been presented to the highest state court having jurisdiction?   Yes [ ]   No [x].

18)   If you have answered "No" to question 17, state which grounds have not been so presented and briefly give your reason(s) for not presenting them _____ N/A _____

19)   If any of the grounds listed in this petition, were not previously presented in any other court, state or federal, state **briefly** what grounds were not so presented, and give your reasons for not presenting them _____ N/A _____

20)   Have you previously filed any type of petition, application or motion in a federal court regarding the conviction under attack?   Yes [ ]   No [x] If "Yes", state the location of the court, the type of proceeding, the issues raised, the result and the date of the court's decision for each petition, application or motion filed _____ N/A _____

21)   Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack?   Yes [ ]   No [x].

22)   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)   At preliminary hearing _____ Lorie Melone _____

(b)   At arraignment and plea _____ Lorie Melone _____

c)   At trial _____ Lorie Melone _____

(d)   At sentencing _____ Lorie Melone _____

(e)   **On appeal** _____ Stanley D. Monroe, 525 S. Main, Ste 600 _____ Tulsa, OK  74103 _____

(f)   In any post-conviction proceeding _____ N/A _____

(g)   On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

23)   Were you sentenced on more than one count of an indictment or on more than one indictment, in the same court and at the same time?  Yes [X]   No [ ].

24)   Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack ?  Yes [ ]  No [X].

(a)   If so, give name and location of court which imposed sentence to be served in the future _____

(b)   And give date and length of service to be served in the future

_____

(c)   Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?  Yes [ ]   No [ ].

## SECOND OR SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. §2244, as amended by Title I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No 104-132, §106, 110 Stat. 1214 (April 24, 1996).

25)   If you are raising a claim which you have not presented in prior application have you obtained an order from the United States Court of Appeals for the Tenth Circuit authorizing this district court to consider the application?     Yes [ ]   No [ ].     (Please attach a copy of the order)

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_____        _____
Signature of Attorney (if any)                 Original Signature of Petitioner
  525 South Main, Ste 600
  Tulsa, OK 74103
  918-633-1098
(Attorney's full address and
telephone number)

## NOTE: DECLARATION NEXT PAGE

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at _Mc Alester, OK_ on _7/9/02_.
                (Location)              (Date)

_Rinel A. Brewer_
Original Signature